■ In the Matter of the Arbitration between FRANK MURRAY, Respondent, and DOMINICK & DOMINICK, INC., et al., Appellants. DOMINICK INTERNATIONAL CORPORATION, Intervenor-Respondent-Appellant. — Order and judgment (one

paper), Supreme Court, New York County (Seymour Schwartz, J.), entered on October 23, 1983, and order of said court, entered on or about November 17, 1983, unanimously affirmed on the opinion of Seymour Schwartz, J. Petitioner-respondent shall recover of appellants one bill of $75 costs and disbursements of these appeals. Concur — Kupferman, J. P., Asch, Silverman and Kassal, JJ.